U.S. District Judge Robert S. Lasnik

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| COLLEEN LITTLE,<br>　　Plaintiff,<br><br>vs.<br><br>NANCY BERRYHILL,<br>Deputy Commissioner of Social Security,<br>　　Defendant. | 2:17-cv-00143-RSL<br><br><br><br>ORDER FOR ATTORNEY FEES |

The court finds and orders an attorney fee of $8,215.00 pursuant to 42 U.S.C. § 406(b). The attorney fee of $2018.29 allowed pursuant to the Equal Access to Justice Act will be refunded to Plaintiff upon counsel's receipt of the allowed 406(b) fee awarded.

Dated this 23rd day of April, 2019. (RSL)

_____
UNITED STATES DISTRICT JUDGE